**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 95-00382-001-PHX-PGR |
| Plaintiff, | |
| vs. | |
| Dennis Tyler Mickle, | **ORDER** |
| Defendant. | |

An initial appearance on the Petition on Supervised Release was held on September 19, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3   DATED this 20th day of September, 2005.

Lawrence O. Anderson
United States Magistrate Judge